# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOANDYS CHAVEZ CRUZ,<br>Petitioner,<br>v.<br>TODD LYONS, et al.,<br>Respondents. | Case No. 1:26-cv-05760-JLT-EPG-HC<br>ORDER GRANTING *PRO HAC VICE* APPLICATION<br>(ECF No. 2) |

Before the Court is the application of Yaritssa Plasencia, attorney for Petitioner, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* (ECF No. 2) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **July 27, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE